UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONNIE SOLIS, | No. 16-CV-3001-FVS |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | ECF Nos. 12, 14, 18 |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on March 22, 2017, ECF No. 18, recommending Plaintiff's Motion for Summary Judgment, ECF No. 12, be denied and Defendant's Motion for Summary Judgment, ECF No. 14, be granted.   No objection was filed. After review, the Court hereby adopts the Report and Recommendation in its entirety.  Accordingly, **IT IS ORDERED:**

1.     The Report and Recommendation, **ECF No. 18**, is **ADOPTED** in its entirety.

2.     Plaintiff's Motion for Summary Judgment, **ECF No. 12,** is **DENIED**.

ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ~ 1

1    3.    Defendant's Motion for Summary Judgment, **ECF No. 14,** is

2 **GRANTED.**

3    The District Court Executive is directed to file this Order and forward copies

4 to the parties.  Judgment shall be entered for Defendant and the file shall be

5 **CLOSED**.

6    DATED April 10, 2017.

                              s/*Fred Van Sickle*
                              Fred Van Sickle
                              Senior United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ~ 2